Frances Gold, Respondent, v. Max M. Gold, Appellant, and Manufacturers Trust Company, Respondent.— In an action for a judgment declaring plaintiff to be the sole owner and entitled to the possession of funds on deposit in a bank account, from which withdrawals may be made only upon the signature of both plaintiff and appellant, judgment in favor of plaintiff unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of Proving the Last Will and Testament of Henrietta F. Lamerdin, Late of the County of Queens, Deceased. Mary A. Lamerdin and John P. Lamerdin, Jr., as Temporary Administrators, etc., of John P. Lamerdin, Deceased, Appellants; Grace D. McKenna and Edwin V. Hellawell, as Executors, etc., of Henrietta F. Lamerdin, Deceased, Respondents.— Decree of the Surrogate's Court of Queens county, directing, after disagreement of a jury, a verdict admitting a will to probate, reversed on the law and a new trial ordered before a jury, with costs to appellant [appellants], payable out of the estate, to abide the event. As on the previous trial, it was error for the court to direct a verdict. There were surely questions of fact to be decided by a jury. Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ., concur.

In the Matter of Helen McGovern, Respondent, v. George McGovern, Appellant.— In a proceeding brought by the petitioner, here respondent, in the Domestic Relations Court of the City of New York — Family Court, Kings County — against her husband, respondent in the court below and here appellant, for an order directing support of the petitioner and her three infant children, an order was entered directing the husband to pay into court twenty-two dollars weekly for such support, and awarding alternative relief. Subsequently the husband moved, on affidavit and notice, to set aside the order and for a new trial. An order denying his motion was thereafter entered. From each order the husband appeals. Orders unanimously affirmed. No opinion. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.